[No. 19397–0–I. Division One. December 28, 1987.]

GORDON L. OLSON, *Respondent*, v. KEVIN SEABECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–20065–9, Frank H. Roberts, Jr., J., entered October 9, 1986. *Reversed* by unpublished opinion

per Revelle, J. Pro Tem., concurred in by Ringold, A.C.J., and Pekelis, J.